perfect its appeal, place the case on the June calendar and be ready for argument when reached, and give a bond to secure the judgment, within ten days; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Charles A. J. Queck-Berner, Appellant, v. Ward Baking Company, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Charles Sugerman, Respondent, v. Louis Stolitzky, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Patrick Sullivan, Respondent, v. Terry & Tench Company, Inc., Appellant.— Motions denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Mabel Barrett, an Infant, by John Barrett, Her Guardian ad Litem, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the clear weight of evidence. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

John Barrett, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the clear weight of evidence. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Margaretha Bruckner, Respondent, v. The Van Brunt Street and Erie Basin Railroad Company, Defendant, and The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Koppel Cohen, Appellant, v. Rudolph Newman, Respondent.— Order of the Appellate Term reversed and new hearing ordered, costs to abide the event, upon the dissenting opinion of Maddox, J., at the Appellate Term (Reported 91 Misc. Rep. 561, 569). Carr, Stapleton and Mills, JJ., concurred; Jenks, P. J., and Thomas, J., voted to affirm.

John E. Davis, Appellant, v. Sarah C. Davis and May A. Hoffman, as Administratrix, etc., Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Maria A. De Carrillo, Respondent, v. Luis F. Carrillo, Appellant.— Judgment and order reversed, and complaint dismissed, without costs, upon the ground that there is no satisfactory evidence that the treatment of the defendant has been cruel and inhuman; that there has been any conduct on the part of defendant that would render it unsafe and improper for the plaintiff to live and cohabit with him; that he has neglected and refused to provide for her, or that he abandoned her; his absence in California was not an abandonment within the meaning of section 1762 of the Code of Civil Procedure. Jenks, P. J., Carr and Rich, JJ., concurred; Thomas and Mills, JJ., dissented.

Francis W. Doxsee, as Testamentary Guardian of Albert S. Boyce, etc.,